IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) CRIMINAL NO. 19-CR-30080-SMY | |
| vs. ) | |
| ) | |
| CHRISTOPHER K. COLEMAN, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Norman R. Smith, Assistant United States Attorney for said District, and herewith enters into the following Stipulation of Facts with the Defendant, Christopher K. Coleman and his counsel, Christopher P. Threlkeld.

1. The Lessie Bates Davis Neighborhood House, originally established in 1909. is a non-profit, faith based organization in East St. Louis, Illinois, whose mission is to improve the quality of life for residents of all ages by providing quality early childhood development services, comprehensive youth services, individual and family support services, services to older adults, and housing economic development services which will help move individuals and families out of poverty.

2. In July of 2016, Christopher K. Coleman became the Executive Director of the Lessie Bates Neighborhood House. As Executive Director he was in charge of overseeing the operation including its fiscal affairs.

3. Christopher K. Coleman created false invoices for payment to CIG, a company owned by Coleman. Coleman received excess checks in addition to his normal salary.

4. From July of 2016 through December of 2017, Christopher K. Coleman embezzled funds from the Lessie Bates Neighborhood House for the benefit of himself and others.

5. From in or about July of 2016 through in or about in June of 2017, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere, Christopher K. Coleman, as the Executive Director of Lessie Bates Davis Neighborhood House, was an agent of an organization that received federal funds in excess of $10,000 and knowingly embezzled property worth at least $5,000 [in excess of $200,000] under the control of the Lessie Bates Davis Neighborhood House, Inc.

6. On or about April 18, 2017, in Madison County, within the Southern District of Illinois, Christopher K. Coleman, then a resident of Troy, Illinois, made a false 2016 1040 U.S. Individual Income Tax Return, which was verified by a declaration that it was made under penalties of perjury and which Christopher K. Coleman did not believe to be true and correct as to every material matter. That 1040 U.S. Individual Income Tax Return, which was electronically filed with the Internal Revenue Service, materially underreported his gross income, which is the money the defendant embezzled from Lessie Bates Neighborhood House.

**SO STIPULATED:**

_____
CHRISTOPHER K. COLEMAN
Defendant

_____
CHRISTOPHER P. THRELKELD
Attorney for Defendant

Date: 8/15/2019

STEVEN D. WEINHOEFT
United States Attorney

_____
NORMAN R. SMITH
Assistant United States Attorney

2